**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **PAUL DORE** | § | |
| | § | |
| vs. | § | Civil Action No. 4:09-cv-184 |
| | § | |
| | § | |
| | § | |
| **AM2PAT, INC.** and | § | |
| **SIERRA PRE-FILLED, INC.,** | § | |
| and **B. BRAUN MEDICAL, INC.,** and | § | |
| **RAVINDRA KUMAR SHARMA** and | § | |
| **DR. DUSHYANT PATEL** | § | |

## ORDER

Comes on for consideration the Plaintiff's Motion for Substitution of Parties and Suggestion of Death, and the Court is of the opinion that same is and should be GRANTED.

IT IS FURTHER ORDERED that Katherine Dore and Katherine Dore Executrix be substituted as party plaintiff for Paul Dore.